IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:05-cr-69-HTW-LRA

BEVERLY ELAINE LOCKE

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the criminal indictment against the defendant, BEVERLY ELAINE LOCKE, without prejudice.

DUNN LAMPTON
United States Attorney

Date: 8/5/2008

By: /s/ *Marc A. Perez*
MARC A. PEREZ
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the indictment.

ORDERED this 30th day of September, 2008.

s/ **HENRY T. WINGATE**
_____
UNITED STATES DISTRICT JUDGE